**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1929

DENESE DOUGLAS,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  G. Ross Anderson, Jr., District
Judge.  (CA-00-1147-4-13BF)

Submitted:  January 31, 2002      Decided:  February 21, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hardwick Stuart, Jr., BERRY, QUACKENBUSH & STUART, P.A., Columbia,
South Carolina, for Appellant.  Robert D. McCallum, Jr., Assistant
Attorney General, Scott N. Schools, United States Attorney, John
Berkley Grimball, Assistant United States Attorney, Deana R. Ertl-
Lombardi, Regional Chief Counsel, Michele M. Kelley, Assistant
Regional Counsel, Office of the General Counsel, SOCIAL SECURITY
ADMINISTRATION, Denver, Colorado, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Denese Douglas appeals the district court's order accepting a magistrate judge's report and recommendation to uphold the Administrative Law Judge's denial of her claims for Social Security disability benefits. We must uphold the decision to deny disability benefits if the decision is supported by substantial evidence and the correct law was applied. 42 U.S.C.A. § 405(g) (West Supp. 2001); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the briefs, the administrative record, and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and the magistrate judge. Douglas v. Massanari, No. CA-00-1147-4-13BF (D.S.C. June 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2